1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10  ROLAND SPEIGHT,　　　　　　　　　CASE NO. C15-0605JLR

11　　　　　　　　Petitioner,　　　　　　　ORDER DENYING PETITION

12　　　　v.

13  STACY LOWRY,

14　　　　　　　　Respondent.

15　　　On January 5, 2018, the court directed the parties to file a statement on the status

16  of this petition in light of the Ninth Circuit's reversal on appeal. (*See* 1/5/18 Order (Dkt.

17  # 32).) The parties filed a joint statement on January 10, 2018, in which both parties

18  acknowledge that "[t]he Ninth Circuit's decision fully resolves the issues in this case"

19  and that "[i]n accordance with the Ninth Circuit's mandate, this [c]ourt must deny the

20  petition and close this matter." (*See* Jt. Statement (Dkt. # 33) at 2.) Accordingly, the

21  //

22  //

ORDER - 1

court DENIES Petitioner Roland Speight's habeas petition and DIRECTS the Clerk to close this matter.

Dated this 11th day of January, 2018.

JAMES L. ROBART
United States District Judge